# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER**                                                                                    **PLAINTIFF**

**VS.**                                            **No. 5:19-CV-00183-BRW**

**JOE PAGE, III, Warden,**
**Tucker Unit,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

Charles E. Hamner has not complied with the July 27, 2020 Order directing him to file a free-world application to proceed *in forma pauperis*.[1] The time to do so has expired. Thus, this case is dismissed without prejudice due to a lack of prosecution.[2] Defendants' motion for partial summary judgment[3] is denied as moot. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[4]

IT IS SO ORDERED this 18th day of August, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 46.

[2] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[3] Doc. 36.

[4] 28 U.S.C. § 1915(a)(3).