# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER**                                                                **PLAINTIFF**

**VS.**                                        No. 5:19-CV-00183-BRW

**JOE PAGE, III, Warden,**
**Tucker Unit,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 18th day of August, 2020.


                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).